THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH HERRIOTT, Appellant.—

 No opinion. Present — Nolan, P. J., Carswell, Johnston, Adel and MacCrate, JJ.